■ WENDY L. KERN, Appellant, v CITY OF ROCHESTER et al., Respondents. [631 NYS2d 259] —Order unanimously affirmed without costs. Memorandum: Supreme Court did not abuse its discretion in denying plaintiff's motion for recusal *(see, People v Moreno,* 70 NY2d 403, 405; *People v Bibbs,* 177 AD2d 1056, *lv denied* 79 NY2d 918). "Where, as here, there is no allegation that recusal is statutorily required *(see,* Judiciary Law § 14), the matter of recusal is addressed to the discretion and personal conscience of the Justice whose recusal is sought" *(Matter of Card v Siragusa,* 214 AD2d 1022, 1023). (Appeal from Order of Supreme Court, Monroe County, Ark, J.—Recusal.) Present—Green, J. P., Pine, Fallon, Callahan and Davis, JJ.